**Exhibit A to the Complaint**

**Location:** Daly City, CA  **IP Address:** 76.14.40.198
**Total Works Infringed:** 61  **ISP:** Wave Broadband

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 710330E23E5B1C4E8B039D2EA404288627E4B956<br>File Hash: C467D60D494103CEA486BB7DA4901CF0269217460BB0C1C3D17674B9CBA9122C | 05-30-2021 17:25:38 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 2 | Info Hash: 5AE3A8DC3C368345DB127E2DF18D039FDE9EF572<br>File Hash: C5FD74162D26AA45A2329B9424EBADB10FBCCD05316550220ED916BF8E78DDBC | 05-28-2021 03:08:18 | Blacked | 01-20-2019 | 02-22-2019 | PA0002155135 |
| 3 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 05-28-2021 03:04:12 | Tushy | 05-21-2018 | 07-14-2018 | PA0002131769 |
| 4 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 05-28-2021 03:04:07 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 5 | Info Hash: 36DA7FCCE78EB7E0849DDB47D6756F16E4B04F41<br>File Hash: 4A36B6F95EEFA0C0CD62A7E15035DFD57354A29C633509044D64B6DF03341013 | 05-28-2021 03:01:00 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 6 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 05-28-2021 02:44:12 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 7 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 05-25-2021 22:47:32 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 8 | Info Hash: 340762081242A589C443C3073A93519EAD3743E4<br>File Hash: A683F3DB4CFF747F2C2C1A521D7D2757B982993CD1621C6BC6220B2B86DFE491 | 04-29-2021 20:50:34 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 4D1E937059E78109E9C929FD10A92D05CBDD6A5B<br>File Hash: 6514396893ACE2CFC3D8ACAE8238657C4D235A9126C2AC62859D6FD95ECC0F59 | 04-12-2021 21:46:42 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 10 | Info Hash: 07B81AB10D2FBF5167F8BB0E4A33930DC1ADCF47<br>File Hash: FE1411E9037347A3FE8D7659BD29D5CA30FA794FE9F2B985A7AF3A091FCF8FA8 | 02-11-2021 02:15:52 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 11 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 01-05-2021 21:03:56 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 12 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash: B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 11-23-2020 20:48:08 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 13 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 10-01-2020 18:41:30 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 14 | Info Hash: EEAAE54461309F061A38546F50819E572E7D3688<br>File Hash: CB13D7EE042E3AD1AF02100A97AB996D978F3943D488E391B8C9ABA38D843BFC | 09-18-2020 17:46:17 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 15 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-07-2020 21:04:29 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 16 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 09-03-2020 19:29:23 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 17 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 09-03-2020 19:27:39 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 97034278B4AE0281DFA31CB3DC5D5A0943B18F5F<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-01-2020 19:48:42 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 19 | Info Hash: 2AC05D8E52225CBB6A47E891271AFACEAA3FA4E9<br>File Hash: 31F75CCE3A34A43892E86F29D5A3F707CA58D563CB8537C4AFFDC155F3E9E7DE | 08-29-2020 05:12:08 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 20 | Info Hash: 057D52E3AC118C1882812B3A5E3F2C3EA982FE8B<br>File Hash: E8946DBE3E8A1E96194DDFF7F571C449F50845EB4C17CDC4866603F9AAD04350 | 08-23-2020 20:27:14 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 21 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 08-17-2020 20:41:06 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 22 | Info Hash: 857ECD8EC13C207984FDF9ED1AAB188B50013F5C<br>File Hash: 6A533C195A378EE2E2EEB458DF0433215FE1763F06885E4D646A316928808046 | 08-07-2020 08:41:20 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |
| 23 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash: AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 07-27-2020 18:11:22 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |
| 24 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 07-27-2020 17:59:31 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 25 | Info Hash: 28F94F30A942C1A433243BEF5077E036528DDAF8<br>File Hash: 9DB60297590CCEF74FAC47DFC5C24C06D8EB699EF55819D09377E8E8BAB7D3EA | 07-10-2020 23:29:41 | Blacked Raw | 11-08-2017 | 12-04-2017 | PA0002097993 |
| 26 | Info Hash: C8FCB72512181DEBF68798064F57215F137CC369<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 07-06-2020 18:25:46 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: C63144F64B9547BE9906EA7046AAF8FE428E95ED<br>File Hash: 1AA52D9D79432616DAA21D7BB04990D86B45DEAF1FFE5FA2721C89DD5EA2780C | 06-22-2020 22:15:27 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 28 | Info Hash: E8E4DC7CFC1F58906E53E6A7B7EF8A55943E1160<br>File Hash: 639D7B290AA4AA195E9AE03C39E6DD28B7AD43D7BF4606EC8F302CA39997DDAD | 06-22-2020 21:58:47 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 29 | Info Hash: F1DF7C2B1D8FD00420FBF17A5A42BA81CBC4C25D<br>File Hash: 656D9E44A6B796CF3CC460338A894A5B54551489EDC8FF4EBDC812FAA0017E5E | 06-16-2020 07:30:53 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 30 | Info Hash: 23C598A72BF78E60E2C2BCAC5DD83F13981F067C<br>File Hash: 0CFEAF4D7C402E3BD65A41CB2AC8F48B6F9D5EF205BABA722F8CEB800B0DC312 | 06-16-2020 02:12:46 | Tushy | 04-19-2020 | 05-05-2020 | PA0002249081 |
| 31 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash: AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 05-21-2020 23:03:59 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 32 | Info Hash: BE70924185EC2FE7A36FEAD8E9509F907D1E761E<br>File Hash: 6F61FD409AC3E01E50C396538E4726ECF5F3B1722D00FDCE02BC532ED09A7734 | 05-21-2020 22:10:09 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 33 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 05-21-2020 22:04:51 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 34 | Info Hash: 84B5ED39BB7D9B21873783ED628C76037D90E13A<br>File Hash: 98F9E70879F659FFA199D1231591128216634EE732D5DCE467CA5DDF93D0DC38 | 05-14-2020 20:55:01 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 35 | Info Hash: 900A6BCDAE9ED7A6A35050FA6079B4EEE2976450<br>File Hash: 3E4ADDF5C66B609889F6992061B8B215A588FFC675C210D003D961B7CF317278 | 04-27-2020 19:21:46 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 58C8CC4C6D275A90E6E166E42C91A2A219B5ECE3<br>File Hash: B9E75EDB90153900914C0E96F964F8927DBE7867DEEDE650AFDE99046F303947 | 04-27-2020 18:38:19 | Blacked Raw | 12-08-2019 | 12-17-2019 | PA0002217664 |
| 37 | Info Hash: BCB036C989D58ECF7F9CEA9F9149936EC88CAE83<br>File Hash: 90FABA150526202169B855D03E9F549E10C6149131A5ED1D1ECB04B7D8BA7C44 | 04-20-2020 21:14:54 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |
| 38 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 04-20-2020 21:12:38 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 39 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 04-19-2020 20:39:06 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 40 | Info Hash: ADE1368B6E46C601134E08553491193B57B6B7C9<br>File Hash: 481F4BE981A0A5960E759061C38161B9E367F1F39B9E2963049E34E0F9209B62 | 03-02-2020 20:55:17 | Blacked Raw | 03-18-2018 | 04-17-2018 | PA0002116068 |
| 41 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 02-22-2020 04:46:47 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 42 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02-22-2020 00:13:59 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 43 | Info Hash: FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash: 68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 02-19-2020 01:35:14 | Blacked Raw | 02-17-2020 | 04-17-2020 | PA0002246110 |
| 44 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02-15-2020 00:21:31 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 02-13-2020 08:49:02 | Blacked | 06-04-2019 | 07-17-2019 | PA0002188309 |
| 46 | Info Hash: 1D946378C32710A9E9D8A25EA87493FDE0146508<br>File Hash: 0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 02-07-2020 09:12:03 | Vixen | 09-06-2019 | 09-13-2019 | PA0002200698 |
| 47 | Info Hash: 29130B960BB428F5974534842026BE29B91A07B1<br>File Hash: 5C1F3E6C14913CE175062611F2B092C20291A5F267A30F048ED3EE8533523F71 | 02-07-2020 09:08:49 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 48 | Info Hash: FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A<br>File Hash: 43782B257EF4AE91D30B598250B878F3E857AD38F052A179CAC0C40903C101C2 | 02-07-2020 08:26:39 | Blacked Raw | 09-04-2019 | 09-13-2019 | PA0002200700 |
| 49 | Info Hash: 5F6AA2A5EBECC91803CACFCBD57DC5F74832C2A4<br>File Hash: 36E7FBF4E360DC0AB31CFC8A5E15295CD4DCE06E97194AABC02C59A835AE8850 | 02-07-2020 08:21:09 | Blacked | 10-17-2019 | 11-05-2019 | PA0002210291 |
| 50 | Info Hash: 2541261990122381387D2C03CDA34FF74B4EDE3E<br>File Hash: C687436ACD90C3EA61538DA4C09F489019D7A176148DD86953937717FF9D0F88 | 02-07-2020 05:00:12 | Blacked Raw | 10-29-2018 | 12-10-2018 | PA0002145837 |
| 51 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 02-06-2020 05:10:31 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 52 | Info Hash: 7EBA28B7E828FA58E764B9ACFC4A9CD33CDCFD2A<br>File Hash: E9227E09DCAC48A10D2C333D5AFF0FE82E70CE2BAA680547C3B528FFC5BC7375 | 02-06-2020 05:10:17 | Tushy | 12-22-2019 | 01-22-2020 | PA0002234863 |
| 53 | Info Hash: AC8383EA12C6AE92C4E7A88F9693A44094526D7C<br>File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 02-06-2020 05:08:02 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: C9B0FE824EC74B4492017E5AA090C08B4314BF82<br>File Hash: 7DBFA58DA6CAAC4BEB3F0334181C63C17C5B6BAB61CB9EDA2A35A50405296486 | 02-06-2020 04:57:42 | Vixen | 01-19-2019 | 02-22-2019 | PA0002155139 |
| 55 | Info Hash: FB74770301183194E022950AB806F22711E1D882<br>File Hash: F46BFB163A513B7F3E12142FBD8465F06FA30094AA36D8A3EA740283856110EB | 02-06-2020 04:21:27 | Blacked Raw | 05-02-2019 | 05-28-2019 | PA0002200769 |
| 56 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 01-27-2020 21:05:26 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 57 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 01-17-2020 22:24:08 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 58 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 01-17-2020 22:21:03 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 59 | Info Hash: CF126CE07726517AC88C56ECFD31B9796D0ED874<br>File Hash: 5D7DF978D25E0D2BED54FA3441BA95705DC94CF3C9854B2EC008762D9E7F2D5D | 12-13-2019 05:38:39 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 60 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 11-04-2019 19:05:37 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 61 | Info Hash: E1A88EC265FF93DC3246708534067B9F76890E0A<br>File Hash: 57DDE108747BF06C316FC18BF23D9910CBDF9CBC2F0B53D09B3CAB4295549A1E | 11-01-2019 08:51:15 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |